1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | JANET BATEMAN, CA Bar #241210
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
IVAN DE JESUS JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00304 DAD-BAM-4 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON** |
| IVAN DE JESUS JIMENEZ. | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, IVAN DE JESUS JIMENEZ, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED:  March 17, 2016 | /s/ *Ivan de Jesus Jimenez*<br>IVAN DE JESUS JIMENEZ<br>Defendant |
| | |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | |
| DATED:  March 17, 2016 | /s/ *Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>IVAN DE JESUS JIMENEZ |

O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **March 17, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE