# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN DE JESUS JIMENEZ,<br><br>Defendant. | Case No. 1:15-CR-00304 DAD BAM<br><br>ORDER FINDING THAT DEFENDANT VIOLATED HIS CONDITIONS OF PRETRIAL RELEASE AND THAT CONDITIONS STILL EXIST WHICH WILL REASONABLE ASSURE THE DEFENDANT'S APPEARANCE AND THE SAFETY OF THE COMMUNITY and ORDER RELEASING DEFENDANT ON CONDITIONS PREVIOUSLY IMPOSED |

On June 20, 2016, the Court held a hearing for Defendant Ivan De Jesus Jimenez on a petition involving a pretrial release violation  Counsel Karen Escobar appeared for the Government.  Defendant Jimenez was present in custody with Counsel Charles Lee. Montgomery Olson appeared for the Pretrial Services.  The Court makes the following findings and conclusions of law,

Because of defendant's admission to his pretrial services officer and the record provided by the pretrial services officer, the Court finds that the defendant has violated his conditions of pretrial release by clear and convincing evidence. 18 U.S.C. § 3148(b)(1)(B).

The Court also finds that there are still conditions and combination of conditions which will reasonable assure the defendant's appearance and the safety of the community and that the defendant will abide by future orders of this Court, and therefore, his detention is not ordered. 18

1

U.S.C. § 3148(b).  However, any future violations of his conditions of pretrial release may necessitate the Court in finding that the defendant is unlikely to abide by any condition or combination of conditions of release, and hence, his detention pending trial.  18 U.S.C. § 3148(b).

ACCORDINGLY, the defendant is also ordered released on the conditions previously set by the Court.

IT IS SO ORDERED.

Dated:  **June 20, 2016**

UNITED STATES MAGISTRATE JUDGE