| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
IVAN DE JESUS JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00304-DAD-BAM-4 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE |
| | ) | STATUS CONFERENCE AND SET CHANGE |
| vs. | ) | OF PLEA BEFORE JUDGE DALE A. DROZD |
| | ) | |
| IVAN DE JESUS JIMENEZ, | ) | Date:   June 19, 2017 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Karen A. Escobar, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Ivan Jimenez, that the matter be set for a change of plea hearing on June 19, 2017, at 10:00 a.m., before the Honorable Dale A. Drozd.  The parties further stipulate that the status conference currently scheduled for June 12, 2017, at 1:00 p.m. may be vacated.  The parties have reached a resolution in this case and a plea agreement will be promptly filed with the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

through the June 12, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 5, 2017 /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 5, 2017 /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Ivan De Jesus Jimenez

## **O R D E R**

The Court has reviewed and considered the stipulation of the parties to vacate the status conference and set a change of plea hearing in this case. Good cause appearing, the status conference as to Ivan De Jesus Jimenez currently set for June 12, 2017, before Magistrate Judge Barbara A. McAuliffe is vacated and a change of plea hearing is set for June 19, 2017, at 10:00 am in Courtroom 5 before District Judge Dale A. Drozd. The time period between June 12, 2017 and June 19, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as based on the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 6, 2017**

UNITED STATES DISTRICT JUDGE