UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN DE JESUS JIMENEZ,<br><br>Defendant. | Case No. 1:15-cr-00304-DAD-BAM-4<br><br>ORDER GRANTING REQUEST FOR CONTINUANCE<br><br>(Doc. 124) |

The government has requested a continuance of the sentencing hearing in this action, currently scheduled for September 25, 2017. The government seeks the continuance in order to object to the Presentence Report's determination of defendant's Criminal History Category. Specifically, the government wishes to present evidence which it believes establishes that the defendant did in fact suffer a prior felony drug conviction in the Los Angeles County Superior Court in 2011 which the presentence report did not include in its Criminal History Category determination due to the lack of records documenting that conviction with respect to defendant Jimenez. The defense objects to the requested continuance, arguing that the government's attempt to object to the presentence report is untimely and that good cause is lacking for the granting of the requested relief and the reopening of the objection period.

Defendant's objection to a continuance of the sentencing is not without some merit. However, in the presentence report the probation officer did indicate that efforts to confirm the

1

arrest and conviction in question remained ongoing. (PSR at 12, ¶ 53.)  Moreover, the undersigned has conferred with probation officer who authored the presentence report and that officer has indicated a preference for some additional time to further investigate the conviction at issue.  In the end, it is important that the court have the available information and evidence before it so that an accurate advisory sentencing guideline calculation can be made as the starting point in the sentencing process.  Accordingly, the government's request for a continuance will be granted.  The following schedule will now apply to the sentencing proceedings in this case:

    Informal Objections Due:    September 18, 2017

    Final Presentence Report Filed:    September 25, 2017

    Formal Objections Due:    October 2, 2017

    Sentencing    October 10, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **September 12, 2017**

UNITED STATES DISTRICT JUDGE